# FORM A

Rev. 10/10

**CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER**
**UNDER 42 U.S.C. § 1983 or**
**UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS***

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY

Joseph Francis Smith

FILED
JAMES J. VILT, JR. - CLERK
DEC 26 2023
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

(Full name of the Plaintiff(s) in this action)

v.

Eastern Kentucky Correctional Complex
Coty Fields
Allan Dube
Joshua Adams
Rosetta Spears

(Full name of the Defendant(s) in this action)

CIVIL ACTION NO. 1:23CV-179-JHM
(To be supplied by the clerk)

( ) DEMAND FOR JURY TRIAL
(✓) NO JURY TRIAL DEMAND
(Check only one)

## I. PARTIES

(A) Plaintiff(s). Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: Joseph Francis Smith

Place of Confinement: Eastern Correctional Complex

Address: 200 Road to Justice - West Liberty Ky 41472

Status of Plaintiff: CONVICTED (✓)   PRETRIAL DETAINEE ( )

(2) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (__) PRETRIAL DETAINEE (__)

(3) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (__) PRETRIAL DETAINEE (__)

(B) Defendant(s). Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant **Eastern Kentucky Correctional Complex** is employed as **Institution** at **D.O.C. of Kentucky**.
The Defendant is being sued in his/her (__) individual and/or (✓) official capacity.

(2) Defendant **Coty Fields** is employed as **Sergeant Officer** at **E.K.C.C**.
The Defendant is being sued in his/her (✓) individual and/or (✓) official capacity.

(3) Defendant **Allan Dube** is employed as **Correctional Sergeant** at **E.K.C.C**.
The Defendant is being sued in his/her (✓) individual and/or (✓) official capacity.

(4) Defendant **Joshua Adams** is employed as **Correctional Officer** at **E.K.C.C**.
The Defendant is being sued in his/her (✓) individual and/or (✓) official capacity.

(5) Defendant **Rosetta Spears** is employed as **Correctional Lt** at **EKCC**.

The Defendant is being sued in his/her (✓) individual and/or (✓) official capacity.

## II.    PREVIOUS LAWSUITS

(A) Have you begun other lawsuits in State or Federal court dealing with the <u>same facts</u> involved in this action? YES (___) NO (✓)

(B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s): _____

_____

Defendant(s): _____

_____

Court (if federal court, name the district. If state court, name the county):

_____

Docket number: _____

Name of judge to whom the case was assigned: _____

Type of case (for example, habeas corpus or civil rights action): _____

Disposition (for example, Was the case dismissed? Is it still pending? Is it on appeal?):

_____

Approximate date of filing lawsuit: _____

Approximate date of disposition: _____

## III. STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

At approximately 1:27 A.M. on 2-11-23 Authorization from the Captains office was given to perform a cell entry by an assembled team (By Sgt Coty Fields) for removing a sprinkler head (in cell 8 D-Upper of Dorm 1) (AKA Housing Unit A 1 DU 108) At 1:40 I complied with orders to be restrained. Note: Before entry\civil incident occurred there was about two inches of water covering cell floor as well as water on the walls and my bed. In compliance I was told by Sgt Fields to come to the door in which hand cuffs were placed on me through the tray slot of the door then I was told to lay (Face down) on my bed. I complied. Was still. Trying to avoid inhaling water awaiting removal from my cell. Immediately upon the opening of cell door someone yells stop resisting before the first member even reached where I lay. Seconds after Correctional Officer Collins slammed his shield on my back and climbed on top of it. His weight which caused the cuffs to cut into both wrists (Cuffed at my back) It felt as if a blood vessel burst on the back of my left hand. Within the instant of the first action I was tased. Twice by Fields before there was any time

4

### III. STATEMENT OF CLAIM(S) continued

or anyone to 'Resist' This concludes the 'facts' of the 1st claim. As for what it violates it violates at least the first, eighth, tenth, and fourteenth amendments as well as being an excessive use of force by an officer and in any case deliberate indifference.

Second. False Assault claims and actions were taken (Deliberately) against me by the officers of EKCC. Through which charges were brought forth and an automatic guilty ~~plea was~~ Finding was the verdict within their courts. Without any legal process. Without any defensible preparation. My rights of due process were violated as well as a fair trial.

Third and final claim (which all claims stem from the incident on 2-11-23) After extraction, after the process of restraining was completed. The necessary process of decontamination was verbally denied by an officer I could not see due to O\C Spray in my eyes preventing me from ~~~~ opening them. Again the 1st amendment was violated as well as I had been denied needed medical attention, Greatly reducing the risk of Optical damage.

5

IV. RELIEF

State exactly what you want the Court to do for you. (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.) The Plaintiff(s) want(s) the Court to:

✓ award money damages in the amount of $ 200,000,000

___ grant injunctive relief by Retrial\Granted appeal

✓ award punitive damages in the amount of $ 500,000

___ other: _____

V. DECLARATION UNDER PENALTY OF PERJURY
(each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This 13 day of December, 2023.

_Joseph Smith_
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on 12/14/23.

_Joseph Smith_
(Signature)

6

Joseph Smith #291394
EKCC
200 Road to Justice
West Liberty Ky 41472

EKCC LEGAL MAIL

MAILED DEC 2 - 2023

Clerk
United States District Court; OR
241 East Main St. Suite 120
Bowling Green Ky 42101-2175

RECEIVED
JAMES J. VILT, JR. - CLERK
DEC 26 2023
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

